IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. COTTRELL,

     Plaintiff,                           No. CIV S-07-2574 GEB EFB P

     vs.

J. COOK, et al.,

     Defendants.                   <u>ORDER</u>

                                    /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's January 22, 2008, request for appointment of counsel is denied.

DATED: April 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE