IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. COTTRELL,

     Plaintiff,                     No. CIV S-07-2574 GEB EFB P

     vs.

J. COOK, et al.,

     Defendants.           ORDER

_____/

     Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 29, 2008, the court directed plaintiff to submit five copies of the endorsed April 17, 2008, amended complaint for the U. S. Marshal to serve defendants. Plaintiff submitted only two copies. He has failed to comply with the order.

     It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the May 29, 2008, order, or to submit three more copies of the endorsed April 17, 2008, amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the April 17, 2008, pleading.

Dated: July 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE