IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. COTTRELL,

      Plaintiff,   No. CIV S-07-2574 GEB EFB P

  vs.

J. COOK, et al.,

      Defendants.   FINDINGS AND RECOMMENDATIONS

_____/

Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See* 42 U.S.C. 1983.

On May 29, 2008, the court dismissed all of plaintiff's claims against defendants A. Audette and Roche and plaintiff's claim of retaliation against defendant J. Cook pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendants R. K. Wong, J. Cook, R. Plainer and C. Huston by submitting materials for service, whereupon the court would recommend dismissal of his claims against defendants A. Audette and Roche and his retaliation claim against defendant J. Cook without leave to amend.

Plaintiff has submitted the required documents for service on defendants Wong, Cook, Plainer and Huston. The court has directed the U.S. Marshal to serve process on those defendants forthwith.

1

1  The court finds plaintiff has consented to dismissal of claims against defendants A.
2  Audette and Roche and his retaliation claim against defendant J. Cook without leave to amend.
3  Accordingly, it is hereby recommended that defendants A. Audette and Roche and his
4  retaliation claim against defendant J. Cook be dismissed for failure to state a claim upon which
5  relief could be granted.
6  These findings and recommendations are submitted to the United States District Judge
7  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 15 days after
8  being served with these findings and recommendations, any party may file written objections
9  with the court and serve a copy on all parties.  Such a document should be captioned "Objections
10 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
11 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
12 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
13 Dated:   August 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE