IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. COTTRELL,

      Plaintiff,                      2:07-cv-2574-GEB-EFB-P

    vs.

J. COOK, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On May 29, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed May 29, 2008, are adopted in full; and

2. Plaintiff's claims that D. Christie and D. Jackson violated his right to due process is dismissed without leave to amend.  <u>See</u> 28 U.S.C. § 1915A; <u>see</u> <u>also</u> <u>Lopez v. Smith</u>, 203 F.3d 1122, 1128 (9th Cir. 2000)(indigent prisoner proceeding without counsel must be given leave to file amended complaint unless the court can rule out any possibility that the plaintiff could state a claim).

Dated:  September 25, 2008

GARLAND E. BURRELL, JR.
United States District Judge