IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. COTTRELL,

    Plaintiff,                      No. CIV S-07-2574 GEB EFB P

    vs.

R. K. WONG, et al.,

    Defendants.                <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b).

    Defendants' October 3, 2008, request is granted and defendants have 30 days from the date this order is served to file and serve a response to the complaint.

    So ordered.

Dated: October 8, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE