IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. COTTRELL,

      Plaintiff,                      No. CIV S-07-2574 GEB EFB P

    vs.

J. COOK, et al.,

      Defendants.           ORDER

_____/

       Plaintiff is a prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He previously filed a form consenting to proceed with this case before the assigned magistrate judge. On May 23 and July 23, 2008, he filed requests to withdraw that consent. Whether a party may withdraw consent after having filed a written consent is unclear. However, it is also not yet clear whether defendants will consent to proceed before the assigned magistrate judge. Without their consent, the matter will continue in its current posture, i.e., pending before the undersigned pursuant to Local Rule 72-302 and 28 U.S.C. § 636(b)(1), which refer to magistrate judges all proceedings in cases filed by prisoners challenging the conditions of their confinement. The court finds that plaintiff's request to withdraw his consent is premature.

////

////

1

1    Accordingly, it hereby is ORDERED that plaintiff's May 23 and July 23, 2008, requests
2 to withdraw consent is denied as premature.
3 Dated: December 3, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE