IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. COTTRELL,

      Plaintiff,                    No. CIV S-07-2574 GEB EFB P

    vs.

R.K. WONG, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 16, 2010, defendants submitted a motion to conduct plaintiff's deposition via video-conference, in order to avoid travel expenditures that would be incurred if defense counsel were required to travel to plaintiff's place of incarceration. *See* Fed. R. Civ. P. 30(b)(4) (providing that, on motion, the court may order that a deposition be taken by remote means). Plaintiff has filed no opposition to the request.

      Good cause appearing, it is ORDERED that defendants' request to take plaintiff's deposition by video-conference is granted.

DATED: August 11, 2010.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE