1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL M. COTTRELL,

11            Plaintiff,                    No. CIV S-07-2574 GEB EFB P

12        vs.

13   R.K. WONG, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16        On April 5, 2011, defendant filed a motion for terminating sanctions pursuant to Fed. R.

17   Civ. P. 37(a)(3)(B).  Plaintiff has not opposed the motion.

18        A responding party's failure "to file written opposition or to file a statement of no

19   opposition may be deemed a waiver of any opposition to the granting of the motion and may

20   result in the imposition of sanctions."  L. R. 230(l).  Failure to comply with any order or with the

21   Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

22   Rule or within the inherent power of the Court."  L. R. 110.  The court may recommend this

23   action be dismissed with or without prejudice, as appropriate, if plaintiff disobeys an order or the

24   Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not

25   abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file

26   an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856

1

F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed);

Plaintiff is advised that failure to oppose such a motion may be deemed a waiver of opposition to the motion, and that failure to comply with the Local Rules may result in a recommendation of dismissal.

Accordingly, it is hereby ORDERED that, within 30 days of the date of this order, plaintiff shall file either an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in this action being dismissed without prejudice.

DATED:  May 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE